UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | BANKRUPTCY NO. 05-13776 |
| : | CHAPTER 7 |
| ERIC J. ROYER AND BARBARA C. : | |
| ROYER, DEBTORS : | |
| : | |
| WELLS FARGO BANK, N.A., Movant : | DOCUMENT NO. 16 |
| VS. : | |
| ERIC J. ROYER, BARBARA C. ROYER : | |
| AND RICHARD W. ROEDER, TRUSTEE: | |
| Respondents : | |

## MEMORANDUM

Pursuant to this Court's Order dated March 3, 2006, Wells Fargo Bank N.A. has filed an explanation of fees and costs incurred which appears to be satisfactory. The case may be closed.

Dated: June 14, 2006

/s/ Warren W. Bentz
Warren W. Bentz
United States Bankruptcy Judge

c: Joseph P. Schalk, Esq.
Tina M. Fryling, Esq.

FILED
JUN 13 2006
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE